**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **PARK CAPITAL A C Q L L C ET AL** | **CASE NO. 2:26-CV-02385** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **CHOICE HOTELS INTERNATIONAL INC ET AL** | **MAGISTRATE JUDGE LEBLANC** |

# JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, the court hereby **ORDERS, ADJUDGES,** and **DECREES** that the Motion to Dismiss [doc. 7] be **GRANTED** and that all claims in this matter be **DISMISSED** and compelled to continue in ongoing arbitration proceedings.

**THUS DONE AND SIGNED** in Chambers on the 5th day of October, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**